AO106(Rev 5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

1817 GAINESVILLE STREET, SE,
APARTMENT J
WASHINGTON, DC

## APPLICATION AND AFFIDAVIT
## FOR SEARCH WARRANT

CASE NUMBER:

(Further described below)

I ___JENNIFER I. BANKS___ being duly sworn depose and say:

I am a(n) ___Special Agent with the Federal Bureau of Investigations (FBI)___ and have reason to believe
(Official Title)

that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)
The residence of 1817 Gainesville Street, S.E., Apt. J, Washington, D C., is described as follows. three story apartment complex, front and back entrances to apartment building, red brick on outside, green awnings over front and back entrance with white letters for number "1817", white window sills, four units per floor, two units off each hallway, Apt. J is on the top floor.

there is now concealed a certain person or property, namely (describe the person or property to be searched)

Please see Affidavit.

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
**evidence, fruits, and instrumentalities of the crimes**

concerning a violation of Title __18__ United States Code, Section(s) _2113 (a)_. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

FREDERICK W. YETTE
Federal Major Crimes Section
(202) 353-1666

Signature of Affiant
Jennifer I. Banks, Special Agent
Federal Bureau of Investigation (FBI)

Sworn to before me, and subscribed in my presence

_____
Date

at Washington, D.C.

_____
Name and Title of Judicial Officer

Signature of Judicial Officer

## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

I, Jennifer I. Banks (hereinafter "Affiant"), being duly sworn, depose and state as follows:

_____1. I have been a Special Agent with the FBI since 2003. I am currently assigned to the Violent Crimes Squad CR-2, Criminal Division of the Washington Field Office ("WFO") of the FBI. During my career, I have participated in numerous criminal investigations, including but not limited to, bank robberies, kidnapings, fugitives, threats against government employees, white collar crime, computer intrusions and international terrorism. I have assisted with writing several search warrant applications that have resulted in the issuance of search warrants, that have resulted in the recovery of evidence in criminal investigations.

2. This affidavit is being submitted in support of an application and affidavit for a search warrant for 1817 Gainesville Street, S.E., Apt. J, Washington, D.C.

3. The facts and information contained in this affidavit are based on personal knowledge, as well as on the observations of other agents and officers involved in this investigation. This affidavit contains information necessary to support probable cause and is not intended to include each and every fact and matter observed by me or known to the government.

### The January 31, 2008 Wachovia Bank Robbery

4. On January 31, 2008, at approximately 10:00 am, two subjects ("Subject 1" and "Subject 2," more fully described below) entered the building housing the Wachovia Bank located at 8994 Lorton Station Blvd., Lorton, VA. Once inside the Bank, Subject 2 remained posted near the main entrance, while Subject 1 jumped over the teller counter and, displaying a silver pistol in his left hand, yelled to Subject 2, "Watch them," referring to all the customers and employees who were then inside the Wachovia Bank. In the course of gathering money, Subject 1 demanded of, or

stated to, the bank tellers, among other things: "Give me more money," "Where's more money?" "I'm not going to hurt you," and "Open your drawers." Having taken what money they could, Subject 1 and Subject 2 exited through the front door and were observed getting into a pickup truck (described below) that was parked in the area.

5. Witnesses described the two subjects who entered and robbed the Wachovia Bank as follows: Subject 1 is a black male, mid to early 20s, approximately 6-'0", slim build, medium brown complexion, wearing baggy clothing, black-colored jeans, and a black hoodie with teal graffiti visible thereon that appeared to begin with the letter "V;" Subject 2 is a black male, mid to early 20s, approximately 5'-4" to 5'-5," medium build, light-skinned complexion, wearing a black colored zippered North Face jacket with hood, dark-colored blue jeans with red stitching on the pocket(s) and seams, and a black mask covering his face. Witnesses described the pickup truck as a late-model, white-colored, two-door, Dodge Ram pickup truck.

6. The Wachovia Bank is insured by the Federal Deposit Insurance Corporation (FDIC).

### The February 19, 2008 Bank of America Bank Robbery

7. On the morning of February 19, 2008, law enforcement officers were conducting surveillance at 1723 Erie Street, S.E., Washington, D.C. At approximately 11:00 am, law enforcement officers received notice that a bank robbery had just occurred at the Bank of America, located at 13979 Jefferson Davis Highway, Woodbridge, Virginia. Among other information provided was the fact that a white-colored pickup truck had been observed leaving the scene of the bank robbery and the fact that the robber had placed money stolen from the bank into a black or red bag.

8. At approximately 11:50 am, on February 19, 2008, a Fairfax Red Top taxi cab was

observed driving up to and stopping in front of 1723 Erie Street, S.E., Washington, D.C. A passenger was observed getting out of the taxi and walking into 1723 Erie Street, S.E., Washington, D.C.. The taxi passenger was immediately recognized (from photographs previously obtained) as being Amobi Agu. When he exited, Agu (who is a black male, appearing to be in his early-to-mid 20s, approximately 5'-10", short hair, medium complexion, with an athletic build) was wearing black cargo pants and a white thermal long-sleeved shirt. Agu was carrying a red bag.

9. Approximately five to ten minutes later, a vehicle pulled up in front of 1723 Erie Street, S.E., Washington, D.C. ("the Residence"). The vehicle was a 2000 silver-colored Buick Ultra four-door sedan, displaying Maryland registration: 33330CC.

10. A short time later, Agu was observed exiting the Residence and getting into the silver-colored Buick Ultra. With that, the Buick Ultra drove away from the Residence and to an apartment complex at the corner of 18th and Gainesville Streets, S.E., Washington, D.C. The Buick Ultra stopped at that location, and Agu and another man got out of the Buick Ultra and walked together into the building at 1817 18th Street, S.E. Approximately five to ten minutes later, Agu was observed exiting the building alone. Agu walked over to where law enforcement officers were conducting surveillance of him and asked if they needed directions.

11. Following this brief interaction, Agu walked over to the Buick Ultra and got into the driver's seat of the Buick Ultra. Agu then drove the Buick Ultra away from the area.

12. Concurrently, an FBI agent who had not been approached and addressed by Agu, observed Agu driving the Buick Ultra away from the area. The agent maintained surveillance on Agu and observed him drive to the vicinity of the apartment complex located at 2339 Pitts Place, S.E., Washington, D.C. While there, the agent observed Agu get out of the Buick Ultra and speak

with two unknown subjects outside of the apartment complex and also use a cellular telephone. The agent observed Agu go over to the Buick Ultra and retrieve from the vehicle a black and red colored plastic drawstring bag and remove from that bag an item that was shaped like a shoe box. Agu was then observed as he walked into the apartment complex (and out of sight) carrying the black and red colored plastic bag.

13. A short time later, the FBI agent observed Agu leaving the apartment complex without the red and black plastic bag. During the intervening time period, the agent was provided by other Agents of the description of the Woodbridge bank robber, which included both a physical and clothing description. At that time, the agent recognized that Agu matched both the physical description and the clothing description provided for the Woodbridge bank robber.

14. After leaving the apartment complex, Agu re-entered the Buick Ultra and drove away from that area. The FBI agent continued to observe Agu until Agu proceeded to park in the vicinity of Bangor and Pitts Place, S.E., Washington, D.C. At that time, Agu walked a few feet away from the vehicle, the agent intercepted Agu and identified himself as an FBI Agent to Agu. Agu denied any wrongdoing and walked away from the agent toward a nearby house. At that time, the agent was joined by uniformed MPD Patrol Officers, whereupon Agu was again approached. At this time, Agu who had been observed operating a motor vehicle on the public roads of the District of Columbia, was asked to produce a driver's license. In response, Agu told the law enforcement personnel that he did not have a driver's license on him. Because operating a motor vehicle on the public roads of the District of Columbia without a license is an offense for which Agu could be arrested in the District of Columbia, Agu was placed under arrest.

15. Following the arrest of Agu, a search incident to that arrest was conducted of Agu and

of the vehicle Agu had just exited. Located inside the right front passenger side of the Buick Ultra was a purple and white plastic bag containing an unknown amount of U.S. currency. While on the scene, the FBI agent received bank robbery surveillance photos, via a Blackberry telephone. One of those photographs depicted the Woodbridge bank robber utilizing a bag similar to the purple and white bag located in the Buick Ultra.

16. Based on this information, and all of the other information set forth above, Agu was placed under arrest for the Bank of America bank robbery, and the Buick Ultra was seized and transported to the FBI Washington Field Office ("WFO") Vehicle Evidence Processing area in Washington, D.C., where it has been maintained pending the application for a search warrant for the vehicle.

**Pertinent Investigatory Developments for January 31, 2008 Wachovia Bank Robbery**

17. Agu admitted to the January 31, 2008 Wachovia bank robbery and stated that he was Subject 1 and that MELVIN JEROME TAYLOR, aka "MT" was Subject 2.

18. Agu identified TAYLOR in the surveillance photographs presented to him from the Wachovia bank robbery.

19. Agu identified TAYLOR from a Washington, D.C., Metropolitan Police Department Columbo, Criminal Intelligence System photograph.

20. The gun that Agu used during this bank robbery was given to him by TAYLOR. TAYLOR obtained the gun from his cousin, Andre Gross, a.k.a., "Dre". Agu identified GROSS from a Washington, D.C., Metropolitan Police Department Columbo, Criminal Intelligence System photograph.

21. The money taken from this bank robbery was split equally between Agu and TAYLOR.

TAYLOR used his portion of the money to purchase a Buick Ultra. This was the Buick Ultra that TAYLOR drove to pick up Agu at Agu's residence, 1723 Erie Street, S.E., Washington, D.C., after the taxi dropped off Agu at his residence after the Bank of America robbery on February 19, 2008.

### Pertinent Investigatory Developments for Bank of America Bank Robbery

22. Agu also admitted to the February 19, 2008 bank robbery and stated that TAYLOR was the man that picked up Agu at Agu's residence, 1723 Erie Street, S.E., Washington, D.C., after the taxi had dropped off Agu at his residence after the February 19, 2008 bank robbery.

23. After picking up Agu, TAYLOR drove Agu to TAYLOR's residence, an apartment complex located at the corner of 18th and Gainesville Streets, S.E. Washington, D.C.. TAYLOR and Agu entered the building and Agu gave TAYLOR the gun that he used in the bank robbery and some money that he had received from the bank robbery. Agu then left the building.

24. Agu stated that TAYLOR was aware that Agu was planning on robbing a bank on February 19, 2008. Agu called TAYLOR before and after the bank robbery. Agu also called TAYLOR when Agu decided to leave his Dodge Ram at Landmark Mall after the bank robbery. This was Agu's Dodge Ram which Agu had just drove to and from the bank. Agu initially asked TAYLOR to come pick him up at Landmark Mall and then Agu decided to take a taxi-cab instead back to Agu's residence, 1723 Erie Street, S.E., Washington, D.C.. Agu then asked TAYLOR to pick him up at his residence, 1723 Erie Street, S.E., Washington, D.C..

25. Further investigation revealed that the bank robbery occurred on February 19, 2008 at 11:00 a.m. The Prince William County Police Department received a call from the alarm company at 11:00 a.m.

26. The Fairfax Red Top Taxi cab dropped off Agu at Agu's residence, 1723 Erie Street,

S.E., Washington, D.C. at 11:50 a.m. on 02/19/2008. A Fairfax County Police Department detective stated that he wrote down 11:50 a.m. and that Agu was inside the residence for approximately ten minutes before the 2000 Buick Ultra, Maryland license plate number 33330CC, picked up Agu.

27. Agu's cellular telephone, number 202-607-6518, made outgoing calls on 02/19/2008 to telephone number 202-684-0834 at 10:50 a.m., 11:08 a.m., 11:10 a.m., 11:18 a.m., 11:20 a.m., and 11:34 a.m. The contact listing on Agu's cellular telephone number for telephone number 202-684-0834 is "MT". Agu stated that the contact listing in Agu's cellular telephone of "MT" is MELVIN TAYLOR.

28. Agu's cellular telephone, number 202-607-6518, received incoming calls on February 19, 2008 from telephone number 202-684-0834 at 11:53 a..m. and 11:57 a.m..

**Residence of 1817 Gainesville Street, S.E., Apt. J, Washington, D.C. 20020**

29. Agu stated that TAYLOR picked up Agu at Agu's residence, 1723 Erie Street, S.E., Washington, D.C., after the February 19, 2008 Bank of America robbery and that they drove to TAYLOR's residence, an apartment complex at the corner of 18th Street and Gainesville Street, S.E., Washington, D.C..

30. Agu and TAYLOR went inside the apartment complex. Law enforcement officers were conducting surveillance at this time, and witnessed Agu and another man enter the building at 1817 18th Street, S.E., Washington, D.C..

31. Agu stated that while inside the building, he gave TAYLOR the gun and some money from the bank robbery. TAYLOR stayed inside the building while Agu went outside the building.

32. Washington Area Law Enforcement System, WALES, a law enforcement database system, lists TAYLOR's address as 1817 Gainesville Street, S.E., Apt. J, Washington, D.C.. This

report was generated on 02/29/2008.

33. Accurint, a law enforcement database system, lists TAYLOR's address at 1817 Gainesville Street, S.E., Apt. J, Washington, D.C., for September 2005 through February 2008. This report was generated on 03/01/2008.

34. The Accurint report also provides voter registration for TAYLOR, listing an address of 1817 Gainesville Street, S.E., Apt. J, Washington, D.C. 20020.

35. Washington, D.C., Metropolitan Police Department Columbo, Criminal Intelligence System, law enforcement database system, provides as address for TAYLOR at 1817 Gainesville Street, S.E., Washington, D.C.. This report was generated on 02/21/2008.

36. DC Motor Vehicle Registration provides Melvin Jerome Taylor at 1817 Gainesville Street, S.E., Washington, DC.

**Description of Residence at 1817 Gainesville Street, S.E., Apt. J, Washington, D.C.**

37. The residence of 1817 Gainesville Street, S.E., Apt. J, Washington, D.C., is described as follows: three story apartment complex, front and back entrances to apartment building, red brick on outside, green awnings over front and back entrance with white letters for number "1817", white window sills, four units per floor, two units off each hallway, Apt. J is on the top floor.

**Conclusion**

38. In my experience, and through conversations with my fellow agents and other law enforcement, individuals who commit these type of offenses will often store the stolen items at their homes and/or other locations where they reside or frequent.

39. Further, in my experience and through conversations with my fellow agents and other law enforcement, individuals who commit these types of offenses will commonly maintain addresses

and telephone numbers or papers which reflect names, addresses and/or telephone numbers for their associates in their illegal activities. These individuals will often utilize cellular telephones, pages, and telephone systems to maintain contact with their associates. These telephone records, bills, and paper numbers are often found in their place of residence, the residence of friends, family members, or associates, or other safe locations such as automobiles under their control.

40. Individuals who engage in these types of offenses often take photographs of themselves, their associates, their property and their illegal contraband. These photographs are often found in their place of residence, the residence of friends, family members, or associates, or other safe locations such as automobiles under their control.

41. Your affiant submits that the facts contained within this affidavit establish probable cause to believe that evidence of crime, and the instrumentalities of crime, exists at the address to be searched, 1817 Gainesville Street, S.E., Apt. J, Washington, D.C. 20020. The evidence and instrumentalities of the crime include, but are not limited to: any and all proceeds of a crime, firearms, documents, clothing, bags, packaging, photographs, cellular telephones, U.S. currency, and any bank related documents or packaging.

                                              _____
                                              Special Agent Jennifer I. Banks
                                              Federal Bureau of Investigation

Subscribed and sworn before me, this _____ day of March 2008.

                                              _____
                                              United States Magistrate Judge