AO93(Rev 5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1817 GAINESVILLE STREET, SE, APARTMENT J
WASHINGTON, DC

**SEARCH WARRANT**

CASE NUMBER: 0 8 - 1 5 9 - M - 0 1

TO:  Jennifer I. Banks   and any Authorized Officer of the United States

Affidavit(s) having been made before me by  Special Agent Jennifer I. Banks   who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

The residence of 1817 Gainesville Street, S.E., Apt. J, Washington, D.C., is described as follows: three story apartment complex, front and back entrances to apartment building, red brick on outside, green awnings over front and back entrance with white letters for number "1817", white window sills, four units per floor, two units off each hallway, Apt. J is on the top floor.

there is now concealed a certain person or property, namely (describe the person or property)

Please see Affidavit.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before  March 13, 2008 
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAR 03 2008

Date and Time Issued

ALAN KAY
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

at Washington, D.C.

*[signature]*

John M. Facciola
U.S. Magistrate Judge

Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 3/3/08 | 3/4/08  6:00am | Robin Farewell |

**INVENTORY MADE IN THE PRESENCE OF**
Robin Farewell

**INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT**

1) one shotgun round
2) drug paraphenalia inside ~~from~~ cooler
3) prescription medicine for Melvin Taylor
4) cell phone inside cooler

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

FILED
MAR 0 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

_____
U.S. Judge or U.S. Magistrate Judge

05/08/08
Date